

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00332-CV

IN RE STEPHEN RAY PALMER                    RELATOR

------------

ORIGINAL PROCEEDING
TRIAL COURT NO. F-2001-0479-B

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

/s/ Bonnie Sudderth
BONNIE SUDDERTH
JUSTICE

PANEL: LIVINGSTON, C.J.; DAUPHINOT and SUDDERTH, JJ.

DELIVERED: November 2, 2015

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).